

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00263-CV

| | | |
|---|---|---|
| Nicholas C. Daniels and Rowena Daniels | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2013-00168) |
| v. | | |
| | § | April 16, 2015 |
| Federal Home Loan Mortgage Corporation | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellants Nicholas C. Daniels and Rowena Daniels shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM